**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Lisa Weth, ) | CASE NO. 1:17 CV 751 |
| ) | |
| Plaintiff, ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| vs. ) | |
| ) | |
| Niederst Management Group, Ltd., ) | |
| et al. ) | |
| ) | **Order of Remand** |
| ) | |
| Defendants. ) | |

This matter is before the Court upon: (1) Plaintiff's Motion for Order Dismissing Count I of Plaintiff's Amended Complaint (Doc. 41); and (2) Plaintiff's Motion to Remand (Doc. 43). Plaintiff's Motion for Order Dismissing Count I is unopposed and granted. The Court hereby dismisses Count I against all defendants, with prejudice.

Defendants initially removed this case from the Cuyahoga County Common Pleas Court on the basis of federal question jurisdiction. Because the Court disposes of Plaintiff's only federal claim by this Order, the Court declines to exercise supplemental jurisdiction over her state law claims pursuant to 28 U.S.C. § 1367, as requested by Defendants. *Brandenburg v. Housing Auth. of Irvine*, 253 F.3d 891, 900 (6th Cir. 2001) (citing *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966)). Plaintiff's Motion to Remand is therefore granted. This

Court hereby remands this matter to the Cuyahoga County Common Pleas Court.

    IT IS SO ORDERED.


                  /s/ Patricia A. Gaughan
                 PATRICIA A. GAUGHAN
                 United States District Court
                 Chief Judge

Dated: 11/28/17